*Decisions by the Presiding Justice on applications to appeal from the Appellate Term.*

Emma Boyd, Respondent, v. George Brown, Defendant. Joseph Michaels, Appellant.— Application denied, with ten dollars costs.

William J. McCloskey, Appellant, v. A. M. Stein & Company, Inc., and Others, Respondents.— Application denied, with ten dollars costs.

Willard F. Meyers, Respondent, v. D. H. McLaury Marble Company, Appellant.— Application denied, with ten dollars costs.

United States Title Guaranty Company, Respondent, v. Howard A. Sperry, Appellant.— Application denied, with ten dollars costs.

---

## FOURTH DEPARTMENT, JUNE, 1915.

J. Mills Platt, Respondent, v. The J. M. Greig Company, Appellant.— Judgment affirmed, with costs. All concurred.

Joseph E. Derouin, Respondent, v. The New York Air Brake Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Merrell, JJ., who dissented.

Frank E. Maddox, Appellant, v. Erie Railroad Company, Respondent. — Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that a question of fact was presented as to whether a proper inspection was made. All concurred.

The People of the State of New York ex rel. Elijah F. Bermingham, Respondent, v. Dexter Sulphite Pulp and Paper Company, Appellant.— Order modified and as modified affirmed, without costs. All concurred.

Earl J. Davis and Another, Respondents, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Grant Maxfield, Appellant, v. John C. Kennedy, Respondent.— Order affirmed, with costs. All concurred.

George W. Hall, Respondent, v. Allemannia Fire Insurance Company of Pittsburgh, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that in addition to the question of fact submitted to the jury, the question should also have been submitted as to whether the adjuster had the authority to bind the company by promising to pay the loss, and also as to whether there was an absolute promise upon the part of the adjuster to pay the loss. All concurred.

Sam Ball, Respondent, v. Max Samuels, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edna P. Waddle, as Administratrix, etc., Respondent, v. Oliver Cabana, Jr., Appellant.— Judgment reversed and judgment directed for the defendant, dismissing the complaint, with costs, including costs of this appeal. The fifth finding of fact, so far as it states "that said stock has no known or ascertainable market value," is hereby disapproved. Held, that the plaintiff did not make a case for specific performance or show that she did not have an adequate remedy at law for damages. All concurred.